IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
WILLIAM GRIFFIS and T. ZENON
PHARMACEUTICALS, LLC, d/b/a  :
PHARMACY MATTERS,
: Civil Action No.
    Plaintiffs,  11-0263
: Judge Joy Flowers Conti
 vs.
:
HIGHMARK BLUE CROSS BLUE SHIELD
OF PENNSYLVANIA, :

    Defendant. :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x


## NOTICE OF DISMISSAL

  PLEASE TAKE NOTICE that Plaintiffs William Griffis ("Griffis") and T. Zenon Pharmaceuticals, LLC, d/b/a Pharmacy Matters hereby give notice that Pharmacy Matters is dismissed as a Plaintiff in this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: New York, New York
    December 12, 2011

        PADUANO & WEINTRAUB LLP


        By: /s/ Anthony Paduano
         Anthony Paduano
        1251 Avenue of the Americas
        Suite 920
        New York, New York  10020

(212) 785-9100 (telephone)
(215) 785-9099 (telecopier)
ap@pwlawyers.com

Meghan F. Wise
ZIMMER KUNZ PLLC
600 Grant Street
Pittsburgh, Pennsylvania 15219
(412) 281-8000 (telephone)
(412) 281-1765 (telecopier)
wise@zklaw.com

Attorneys for Plaintiffs
William Griffis and T. Zenon
Pharmaceuticals, LLC (d/b/a
Pharmacy Matters)

To:   Gerri Sperling
      METZ LEWIS BRODMAN MUST
      O'KEEFE LLC
      11 Stanwix Street, 18th Floor
      Pittsburgh, Pennsylvania 15222
      (412) 918-1100   (telephone)
      (412) 918-1099 (telecopier)
      gsperling@metzlewis.com

      Attorneys for Defendant
      Highmark Blue Cross Blue Shield of Pennsylvania